# United States District Court
## Violation Notice

EV-17

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7626837 | SGT Plumley | P6212 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged: CFR / USC / State Code |
|---|---|
| 09 Feb 20 1700 | 18 USC 1382 |

Place of Offense: JBM-HH 204 Lee Ave, Fort Myer VA 22211

Offense Description: Unlawful Entry Military Property

### DEFENDANT INFORMATION

Last Name: Hu
First Name: YUQING

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

Forfeiture Amount: $
+ $30 Processing Fee
PAY THIS AMOUNT → $  Total Collateral Due

**YOUR COURT DATE**

Court Address: U.S. District Court, 401 Courthouse Square, Alexandria, VA 22314
Date: 20 Apr 2020
Time: 0900

X Defendant Signature: Yuqing Hu

---

## STATEMENT OF PROBABLE CAUSE

I state that on 9 February, 2020 while exercising my duties as a law enforcement officer in the [Fort Myer] District of [Virginia]

On 9 February 20 at 1720 hours I SGT Plumley responded to the [gate] on the A2P for a report of three individuals accessing the installation via an unauthorized entry point. [On my arrival] she saw three asian individuals entering through a closed gate. The three individuals were identified by their [drivers licenses] and passports. Hu was identified by her Virginia drivers license which came back clear and valid through NCIC/VCIN. An IQ was also run on Hu and came back clear and valid. Hu was apprehended and transported back to the provost office all paperwork was completed. Hu was cited on a CVB and escorted off the installation. Hu was translating for the other two individuals. Hu was extremely polite the entire encounter.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

Executed on: 02/09/2020

Date: _____ Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date   U.S. Magistrate Judge